FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 29 PM 3:22

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTHA GREEN, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. CV412-269<br>) |
| CARL HUMPHPREY, Warden, | )<br>) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _Nov_, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA